UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
MIGUELINA MONTERO,

                        Plaintiff,

-against-

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                        Defendant.
----------------------------------------------------------X

JUDGMENT
07- CV- 5331 (DLI)

      An Order of Honorable Dora L. Irizarry, United States District Judge, having been been filed on July 3, 2008, reversing the Commissioner's decision, pursuant to the fourth sentence of 42 U.S.C. § 405(g)(made applicable to Supplemental Security Income claims by 42 U.S.C. § 1383(c)(3)); and remanding plaintiff's claim for further administrative proceedings, including but not limited to a new hearing and issuance of a new decision; it is

      ORDERED and ADJUDGED that the Commissioner's decision is reversed, pursuant to the fourth sentence of 42 U.S.C. § 405(g)(made applicable to Supplemental Security Income claims by 42 U.S.C. § 1383(c)(3)); and that plaintiff's claim is remanded for further administrative proceedings, including but not limited to a new hearing and issuance of a new decision.

Dated: Brooklyn, New York
        July 08, 2008

S/RCH

ROBERT C. HEINEMANN
Clerk of Court